# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Jermaine A. Pegram,

     Plaintiff,

         v.                         Case No.   1:14cv638

Ohio Child Support Division,                 Judge Michael R. Barrett

     Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 9, 2014 (Doc. 7).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 7) of the Magistrate Judge is hereby **ADOPTED** consistent with the Opinion by the magistrate judge and this matter is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e).

**IT IS SO ORDERED.**

                                  *s/Michael R. Barrett*
                                Michael R. Barrett
                                United States District Judge